IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WILLIAM A. CORNELIO, III, | ) | CIVIL 08-00020DAE-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BERYL IRAMINA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### ORDER ADOPTING MAGISTRATE'S JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 30, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation re Affidavit of William A. Cornelio, III, filed April 15, 2009," document no. [76] are adopted as the opinion and order of this Court.

IT IS SO ORDERED.
Dated: May 26, 2009.



_____
David Alan Ezra
United States District Judge